737 A.2d 1138

IN THE MATTER OF BRETT K. KATES, AN ATTORNEY AT LAW.

October 8, 1999.

## ORDER

The Disciplinary Review Board having filed with the Court a report recommending that **BRETT K. KATES** of **CHERRY HILL**, who was admitted to the bar of this State in 1987, and who thereafter was suspended from the practice of law for a period of three months effective August 1, 1994, by Order of this Court dated July 7, 1994, and who remains suspended at this time, be disbarred for violation of *RPC* 5.5(a) (practicing law while suspended), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(b) (criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And **BRETT K. KATES** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **BRETT K. KATES** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **BRETT K. KATES**, pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court who is directed to deposit the funds in the Superior Court Trust Fund, pending further order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **BRETT K. KATES** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.